IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 14-cr-82-wmc |
| v. | |
| DEVIN EISNER, | |
| Defendant. | |

---

Following this morning's acceptance of the defendant's guilty plea and adjudication of guilt on Count One of the indictment, the court found clear and convincing evidence under 18 U.S.C. § 3143(a) that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released under conditions contemplated by § 3142(c). Accordingly, IT IS ORDERED that:

1. The defendant is released under the specific terms and conditions set forth in the amended conditions of release. (Dkt. #48.)

2. If discharged from Tellurian on or before April 6, 2015, the defendant shall report to the probation office immediately for consideration of appropriate placement or appearance before this court.

3. Defense counsel shall obtain and provide the court a report from Tellurian on or before March 19, 2015, indicating the status of the defendant's progress in treatment.

4. Defendant shall reappear before this court on April 6, 2015, at 10:30 a.m. for reconsideration of his terms and conditions of release.

Entered this 19th day of February, 2015.

                        BY THE COURT:

                        /s/

                        _____
                        WILLIAM M. CONLEY
                        District Judge