IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 14-cr-82-wmc |
| v. | |
| DEVIN EISNER, | |
| Defendant. | |

The court held a follow up status conference regarding the reconsideration of the defendant's terms and conditions of release on April 13, 2015, the government appeared by Assistant United States Attorney Rita Rumbelow; defendant appeared in person and by Attorney Mark Eisenberg.  Also present was United States Probation Officer Rhonda Frank-Loron.

The court received a status report from John A. Smith, counselor at Tellurian Residential Treatment Program, dated April 9, 2015, indicating that the "treatment team," including Drs. Lochen and Blaskslee, recommend that the defendant remain in a controlled therapeutic environment until his final sentencing on May 7th, 2015, to allow for (1) a slower taper from suboxone in a monitored environment and (2) uninterrupted therapy and healthy peer support.  Tellurian suggests two possible placements options: (1) remaining at their residential program, or (2) moving to a transitional residential program.

Accordingly, IT IS ORDERED that:

1. The defendant is released under the specific terms and conditions set forth in the amended release order setting conditions of release (dkt. #48), including remaining at Tellurian, 300 Femrite Drive, Madison, WI, until sentencing scheduled for May 7, 2015, at 1:00 pm.   Tellurian is reminded of its obligation to immediately report to the United States Probation Office (and through that office, this court) any positive urinalysis by this defendant while a resident.

2. If discharged before May 7, 2015, the defendant shall report to the probation office immediately for consideration of appropriate placement or appearance before this court.

Entered this 13th day of April, 2015.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge